**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

*Attorney for Plaintiff,*
Jonathan Shelton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN SHELTON,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>　　　　Defendant(s). | **Case No.:** CV21-573 SVW (KKx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. STEPHEN V. WILSON** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff JONATHAN SHELTON ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendant") has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss this Action with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements be vacated.

Date: April 13, 2021                                              **LOKER LAW, APC**

                                          By:   ___/s/ Matthew M. Loker___
                                                  MATTHEW M. LOKER, ESQ.
                                                  ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been filed on April 13, 2021 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                              ___/s/ Matthew M. Loker___
                                              MATTHEW M LOKER, ESQ.

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

CASE NO.: CV21-573 SVW (KKx)   1 OF 1   *Shelton v. Experian Information Solutions, Inc.*
NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.