| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>Juliana G. Blaha (SBN 331066)<br>Juliana@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SHELTON,<br><br>          Plaintiff,<br><br>vs.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>          Defendant. | CASE No: 5:21-cv-00573-SVW-KK<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jonathan Shelton and Defendant Experian Information Solutions, Inc., file this Joint Motion to Dismiss, and request that the court dismiss all of Plaintiff's claims against Defendant with prejudice.

Respectfully submitted,

Date: June 16, 2021        SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff

Date: June 16, 2021        JONES DAY

By: s/ *Katherine A. Neben*
Katherine A. Neben, Esq.
kneben@jonesday.com
Attorney for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 5-4.3.4(2)(i) of the Local Rules, I hereby certify that the content of this document is acceptable to Katherine A. Neben, counsel for Defendant Experian Information Solutions, Inc., and that I have obtained her authorization to affix her electronic signature to this document.

Date: June 16, 2021                SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff