# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00573-SVW-KK | Date | June 23, 2021 |
| Title | *Jonathan Shelton v. Experian Information Solutions, Inc.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER GRANTING [16] JOINT MOTION TO DISMISS.

The motion is GRANTED.   This action is DISMISSED with prejudice.

IT IS SO ORDERED.

                                                                                         :
                                                                        Initials of Preparer
                                                                                    PMC